# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. EDGAR ISMAEL MONTOYA No. 07MJ2869

HON. BARBARA LYNN MAJOR Tape No. BLM07:1;9:42-956

Asst. U.S. Attorney MICHELL PETTIT PTSO ______

| | | | | | | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | MARTHA HALL- S/A | ___ Apt | ___ Ret | for | ______ | (1 ) | ( ) |
| | Robert Swain- N/A | X Apt | ___ Ret | for | ______ | (1 ) | ( ) |
| | ______ | ___ Apt | ___ Ret | for | ______ | ( ) | ( ) |
| | ______ | ___ Apt | ___ Ret | for | ______ | ( ) | ( ) |
| | ______ | ___ Apt | ___ Ret | for | ______ | ( ) | ( ) |
| | ______ | ___ Apt | ___ Ret | for | ______ | ( ) | ( ) |
| | ______ | ___ Apt for Material Witness(es) | | | | | |

PROCEEDINGS: ___ In Chambers X In Court ___ By Telephone

Defendant stipulates to I.D./Removal Hearing. Court ordered that the defendant be removed forthwith by the U.S. Marshals to the Central District of California. Waiver and Warrant of removal filed with the court.

Date 12/20/07

IF

Deputy's Initials